UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
CHRISTOPHER HEDGES, DANIEL
ELLSBERG, JENNIFER BOLEN, NOAM
CHOMSKY, ALEXA O'BRIEN, US DAY OF         :    12 Civ. 331 (KBF)
RAGE, KAI WARGALLA, HON. BRIGITTA
JONSDOTTIR M.P.,
                                          :    NOTICE OF APPEAL
              Plaintiffs,

       v.

BARACK OBAMA, individually and as
representative of the UNITED STATES OF
AMERICA; LEON PANETTA, individually and in :
his capacity as the executive and representative of
the DEPARTMENT OF DEFENSE; JOHN
McCAIN; JOHN BOEHNER; HARRY REID;
NANCY PELOSI; MITCH McCONNELL; ERIC
CANTOR, as representatives of the UNITED
STATES OF AMERICA,

              Defendants.
-------------------------------------------------------------- x



    Notice is hereby given that defendants Barack Obama, individually and as representative of the United States of America; and Leon Panetta, individually and in his capacity as the executive and representative of the Department of Defense, hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered on the docket on May 16, 2012 (the "May 16 Order"), granting a preliminary injunction; the Memorandum Opinion and Order entered on the docket on June 6, 2012, addressing the scope of the May 16 Order; and the Order entered on the docket on June 8, 2012, denying as moot the defendants' motion for reconsideration of the May 16 Order.

Dated: New York, New York  
August 6, 2012

Respectfully submitted,

PREET BHARARA  
United States Attorney for the  
Southern District of New York  
Attorney for Defendants

By: _____  
BENJAMIN H. TORRANCE  
Assistant United States Attorney  
86 Chambers Street  
New York, New York  10007  
Telephone: 212.637.2703  
Fax: 212.637.2702  
E-mail: benjamin.torrance@usdoj.gov

TO:   Clerk of Court  
      United States Court of Appeals for the Second Circuit  
      United States Courthouse  
      500 Pearl Street  
      New York, New York  10007

      Carl Mayer, Esq.  
      Mayer Law Group LLC  
      Attorney for Plaintiffs  
      1040 Sixth Avenue, Suite 2400  
      New York, New York  10018