UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
CHRISTOPHER HEDGES, DANIEL
ELLSBERG, JENNIFER BOLEN, NOAM
CHOMSKY, ALEXA O'BRIEN, US DAY OF
RAGE, KAI WARGALLA, HON. BRIGITTA
JONSDOTTIR M.P.,

              Plaintiffs,

              v.

BARACK OBAMA, individually and as
representative of the UNITED STATES OF
AMERICA; LEON PANETTA, individually and in
his capacity as the executive and representative of
the DEPARTMENT OF DEFENSE; JOHN
McCAIN, JOHN BOEHNER, HARRY REID,
NANCY PELOSI, MITCH McCONNELL, ERIC
CANTOR, as representatives of the UNITED
STATES OF AMERICA,

              Defendants.
------------------------------------------------------------- x

12 Civ. 331 (KBF)

**NOTICE OF APPEAL**

      Notice is hereby given that defendants Barack Obama, individually and as representative of the United States of America; and Leon Panetta, individually and in his capacity as the executive and representative of the Department of Defense, hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered on the docket on September 12, 2012 (the "September 12 Order"), granting plaintiffs' application for a permanent injunction.

Dated: New York, New York  Respectfully submitted,
      September 13, 2012

                                       PREET BHARARA
                                       United States Attorney for the
                                       Southern District of New York
                                       Attorney for Defendants

                           By:    /s/ Christopher B. Harwood
                                       BENJAMIN H. TORRANCE
                                       CHRISTOPHER B. HARWOOD
                                       Assistant United States Attorneys
                                       86 Chambers Street
                                       New York, New York  10007
                                       Telephone: 212.637.2703 / 2728
                                       Fax: 212.637.2702 / 2786
                                       E-mail: benjamin.torrance@usdoj.gov
                                                      christopher.harwood@usdoj.gov

TO:    Clerk of Court
        United States Court of Appeals for the Second Circuit
        United States Courthouse
        500 Pearl Street
        New York, New York  10007

        Carl Mayer, Esq.
        Mayer Law Group LLC
        Attorney for Plaintiffs
        1040 Sixth Avenue, Suite 2400
        New York, New York  10018