UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

CHRISTOPHER HEDGES et al.,                          :
                                                    :
                                                    :
                    Plaintiffs,                     :
                                                    :                12 Civ. 331 (KBF)
                                                    :
            v.                                      :
                                                    :            **NOTICE OF MOTION**
                                                    :
BARACK OBAMA et al.,                                :
                                                    :
                                                    :
                    Defendants.                     :

-------------------------------------------------------- x

      PLEASE TAKE NOTICE THAT upon the accompanying memorandum of law, defendants President Barack Obama and Secretary of Defense Leon Panetta, by their attorney, Preet Bharara, United States Attorney for the Southern District of New York, will move this Court for (i) an immediate interim stay of the Court's permanent injunction order of September 12, 2012, pending final resolution of this motion; and (ii) a stay of the Court's permanent injunction order of September 12, 2012, pending resolution of the government's appeal.

Dated:    New York, New York          Respectfully submitted,
           September 14, 2012

                                   PREET BHARARA
                                   United States Attorney for the
                                   Southern District of New York

               By:    /s/ Benjamin H. Torrance
                      BENJAMIN H. TORRANCE
                      CHRISTOPHER B. HARWOOD
                      Assistant United States Attorneys
                      86 Chambers Street
                      New York, New York 10007
                      Telephone: 212.637.2703, .2728
                      Fax: 212.637.2702
                      E-mail: benjamin.torrance@usdoj.gov
                                christopher.harwood@usdoj.gov