```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
CHRISTOPHER HEDGES, DANIEL ELLSBERG,  :
JENNIFER BOLEN, NOAM CHOMSKY, ALEXA   :
O'BRIEN, US DAY OF RAGE, KAI WARGALLA,:    12 Civ. 331 (KBF)
HON. BRIGITTA JONSDOTTIR M.P.,        :
                                     :     ORDER
                    Plaintiffs,       :
                                     :
           -v-                        :
                                     :
BARACK OBAMA, individually and as     :
representative of the UNITED STATES OF:
AMERICA; LEON PANETTA, individually   :
and in his capacity as the executive  :
and representative of the DEPARTMENT  :
OF DEFENSE, JOHN MCCAIN, JOHN BOEHNER,:
HARRY REID, NANCY PELOSI, MITCH       :
MCCONNELL, ERIC CANTOR as             :
representatives of the UNITED STATES  :
OF AMERICA,                           :
                                     :
                    Defendants.       :
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 14 2012

KATHERINE B. FORREST, District Judge:

IT IS HEREBY ORDERED that the Government's request for an immediate interim stay is DENIED.

SO ORDERED:

Dated: New York, New York
       September 14, 2012

_____
            Katherine B. Forrest
            UNITED STATES DISTRICT JUDGE