**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

N.Y.S.D. Case # 12-cv-0331(KBF)

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of July, two thousand and thirteen.

Before: AMALYA L. KEARSE,
RAYMOND J. LOHIER, JR.,
*Circuit Judges*,
LEWIS A. KAPLAN,
*District Judge.*\*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 10, 2013

_____

Christopher Hedges, Daniel Ellsberg, Jennifer Bolen, Noam Chomsky, Alexa O'Brien, US Day of Rage, Kai Wargalla, Hon. Brigitta Jonsdottir M.P.,

    Plaintiffs - Appellees,

v.

Barack Obama, individually and as representative of the United States of America, Leon Panetta, individually and in his capacity as the executive and representative of the Department of Defense,

    Defendants - Appellants,

John McCain, John Boehner, Harry Reid, Nancy Pelosi, Mitch McConnell, Eric Cantor, as representatives of the United States of America,

    Defendants.

JUDGMENT
Docket Nos. 12-3176 (L)
12-3644 (Con)

_____

The appeal in the above captioned case from a decision of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the decision of the district court is VACATED and the case is REMANDED in accordance with the opinion of this court.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

_____

\*    The Honorable Lewis A. Kaplan, United States District Judge for the Southern District of New York, sitting by designation.

MANDATE ISSUED ON 09/10/2013