UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CHRISTOPHER HEDGES, DANIEL ELLSBERG,
JENNIFER BOLEN, NOAM CHOMSKY, ALEXA
O'BRIEN, US DAY OF RAGE, KAI WARGALLA,
HON. BRIGITTA JONSDOTTIR M.P.,

                Plaintiffs,

    -v-

BARAK OBAMA, individually and as
representative of the UNITED STATES OF
AMERICA; LEON PANETTA, individually
and in his capacity as the executive and
representative of the DEPARTMENT
OF DEFENSE, JOHN MCCAIN, JOHN
BOEHNER, HARRY REID, NANCY PELOSI,
MITCH MCCONNELL, ERIC CANTOR as
representatives of the UNITED STATES
OF AMERICA,

                Defendants.
------------------------------------------------------------------X

12 Civ. 331 (KBF)

ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 2 2 2013
```

KATHERINE B. FORREST, District Judge:

The conference set Wednesday, October 30, 2013, will be heard on the same date (10/30/2013), at 11:00 a.m.

SO ORDERED:

Dated: New York, New York
        10/22/2013

                                        _____
                                            Katherine B. Forrest
                              UNITED STATES DISTRICT JUDGE