USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 2 8 2013

Bruce I Afran
Attorney-at-Law
10 Braeburn Dr.
Princeton, N.J. 08540
609-924-2075

October 25, 2013

Hon. Katherine B. Forrest
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Christopher Hedges, et al., v. Barack Obama, et al.*; 12-cv-331 (KBF)

Dear Judge Forrest:

I am co-counsel for plaintiffs in this matter and I am respectfully writing to request a continuance of the status conference scheduled for October 30, 2013 at 11 A.M.

This conference had been adjourned as it was a civil proceeding for which the U.S. Attorney did not have authority to appear during the government shutdown. Following passage of a budget agreement, the matter was again placed on the Court's docket for the original time and date.

In the interim, a mediation in another matter in which I am appearing had been scheduled for the same morning in Princeton, New Jersey. At this point, the retired judge who will serve as mediator has already set aside the day for the proceeding and it will be a hardship for him, as well as the parties and counsel attending, if the mediation is now cancelled.

Ordinarily, my co-counsel, Carl Mayer, Esq., would attend the conference in my place but he is undergoing treatment for a pinched nerve that has prevented him from driving and he cannot get to court next week.

For the above reasons, I am requesting a continuance of the conference date. As there is no significant prejudice to any party from the requested postponement, I would appreciate very much if this matter could be rescheduled.

Respectfully,

S/BRUCE AFRAN
Bruce I. Afran

C: Christopher B. Harwood, Esq.
Benjamin H. Torrance, Esq.
(via ECF)

*[Handwritten annotation:]* Ordered. Conference adjourned to 10/31/13 at noon.

10/28/13    K. B. Forrest, USDJ