UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHRISTOPHER HEDGES, DANIEL ELLSBERG,
JENNIFER BOLEN, NOAM CHOMSKY, ALEXA
O'BRIEN, US DAY OF RAGE, KAI WARGALLA,
HON. BRIGITTA JONSDOTTIR M.P.,

                            Plaintiffs,

          -v-

BARAK OBAMA, individually and as
representative of the UNITED STATES OF
AMERICA; LEON PANETTA, individually
and in his capacity as the executive and
representative of the DEPARTMENT
OF DEFENSE, JOHN MCCAIN, JOHN
BOEHNER, HARRY REID, NANCY PELOSI,
MITCH MCCONNELL, ERIC CANTOR as
representatives of the UNITED STATES
OF AMERICA,

                            Defendants.
------------------------------------------------------------------X

12 Civ. 331 (KBF)

ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 3 1 2013
```

KATHERINE B. FORREST, District Judge:

      On October 31, 2013, a status conference was held in the above-referenced matter. As discussed at that conference, plaintiffs have until on or before **January 30, 2014** to propose an Amended Complaint and/or provide the Court with its view as to what is left in this action, and its rationale therefor.

      SO ORDERED.

Dated:  New York, New York
          October 31, 2013

                                            _____
                                              Katherine B. Forrest
                                UNITED STATES DISTRICT JUDGE